UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY § | |
| § | **CIVIL ACTION NO. 3:22-cv-00227** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| QCLSWC, LLC § | |
| § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: September 11, 2022        Respectfully,

                                        LAW OFFICES OF R. BRUCE THARPE
                                      PO Box 101
                                      Olmito, Texas 78575
                                      (956) 255-5111
                                      (866) 599-2596 – Fax

                 BY:        */S/   R. Bruce Tharpe*
                                      R. Bruce Tharpe
                                      Texas State Bar ID No. 19823800
                                      Federal Bar ID 13098
                                      PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 09/11/2022.

                                                    */s/ R. Bruce Tharpe*
                                                    R. Bruce Tharpe