United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ROBERT MAHAFFEY, | § § § | |
| *Plaintiff*, | § | |
| VS. | § § | NO. 3:22-cv-227 |
| QCLSWC, LLC, | § § § | |
| *Defendant*. | § § | |

# ORDER OF DISMISSAL

The parties have informed the court that a settlement has been reached in the above-styled case. Dkt. 14. Accordingly, the case is dismissed with prejudice.

Signed on Galveston Island this 26th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE